WILLIAM N. WINGERD *v.* MARY JANE WINGERD

The plaintiff's petition for certification for appeal from the Appellate Court, 3 Conn. App. 261, is denied.

*William H. Clendenen, Jr.,* in support of the petition.

*Richard C. Hannan, Jr.,* in opposition.

Decided March 22, 1985

CATHERINE M. DORAN *v.* RICHARD S. DORAN, JR.

The defendant's petition for certification for appeal from the Appellate Court, 3 Conn. App. 277, is denied.

*Thomas B. Wilson,* in support of the petition.

*Gwen B. Dreilinger,* in opposition.

Decided April 2, 1985